RECEIVED
Page 2
JUL 1 1 2006
CLERK, U.S. D...
ANCHORAGE, Al...

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District | A l a s k A |
|---|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| Tommie G Patterson | 3AN-981-7912 CR |

| Place of Confinement: | Prisoner No.: |
|---|---|
| | 3000 |

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

Tommie G. Patterson    v.    State Of Alaska

The Attorney General of the State of

**PETITION**

3:06-cv-00167 TMB

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    Superior Court / State of Alaska At Anchorage

    (b) Criminal docket or case number (if you know): 3AN-981-7912 CR

2.  (a) Date of the judgment of conviction (if you know): _____

    (b) Date of sentencing: _____

3.  Length of sentence: 41 years

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5.  Identify all crimes of which you were convicted and sentenced in this case: Sexual Assault
    First Degree / Kidnapping / Rape / Assault Third Degree
    And Assault Fourth Degree _____
    _____

6.  (a) What was your plea? (Check one)

    (1)    Not guilty ☒        (3)    Nolo contendere (no contest) ☐

    (2)    Guilty ☐            (4)    Insanity plea ☐

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
    charge, what did you plead guilty to and what did you plead not guilty to?_____
    _____
    _____
    _____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court: Appeals Court / State of Alaska

(b) Docket or case number (if you know): No. 7096

(c) Result: AFFIRMED

(d) Date of result (if you know): October 5th 1984

(e) Citation to the case (if you know) Nielsen v State, 623 P.2d, 304,307/1981

(f) Grounds raised: Denied the right to give counsel
Adequate time to prepare himself for
Trial.

(g) Did you seek further review by a higher state court?    Yes ☒    No ☐

If yes, answer the following:

(1) Name of court: State Supreme Court

(2) Docket or case number (if you know): _____

(3) Result: Refused to hear

(4) Date of result (if you know): NA

(5) Citation to the case (if you know): NA

(6) Grounds raised: Ineffective assistance of counsel / Warrentless
search / Prejudice Junior / No DNA / Given Protective Order
Denied witness to testify Proceebourial Misconduct By DA
office / Perjured testimony By Dr Knighswander and Police

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☐

If yes, answer the following:

(1) Docket or case number (if you know): NA

Officer Castro.
Denied Andre Parr to testify on my behalf
About Alleged victims Arnel Sosa & Windy Wheeler

Page 4

(2) Result: *Would not hear.*

(3) Date of result (if you know): *NA*

(4) Citation to the case (if you know): *NA*

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: *Trial Court Appeals Court Supreme Court*

(2) Docket or case number (if you know): *3AN - S97 - 9701 CI*

(3) Date of filing (if you know): *PTR 1996*

(4) Nature of the proceeding: *return to Trial Court*

(5) Grounds raised: *Pleading considered a motion for reconsideration and denied. Lost TRANSCRIPT no DNA for testing not receiving a FAIR TRIAL A MISCARRIGE of justice. Supreme Court refused to hear.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐    No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?        Yes ☐   No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?        Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition:        Yes ☒   No ☐

(2)  Second petition:     Yes ☒   No ☐

(3)  Third petition:       Yes ☒   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ They refused to hear my case _____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: *Did not receive a fair TRIAl*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*Prejudice And biased juror Diedra Sands*
*stated She couldn't be fair to Any man.*
*Allowed to set in on TRIAl.*

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☒   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☒   No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Appeal*

Name and location of the court where the motion or petition was filed: *Appelate Court*
*State of Alaska*

Docket or case number (if you know): *3AN-381-7912 eR*

Date of the court's decision: *Oct 5 1984*

Result (attach a copy of the court's opinion or order, if available): *AFFIRMED*

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐    No ☒

(4) Did you appeal from the denial of your motion or petition?

    Yes ☒    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☒    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Supreme Court State of ALASKA*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *Refused to hear*

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: *See Attached*

_____

**GROUND TWO:** *See Attached Lost TRANSCRIPTS NO DNA*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *State Lost TRANSCRIPT And Destroyed Or Lost or never HAD DNA*

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☒   No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☒   No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _HABeAS CORPUS_

    Name and location of the court where the motion or petition was filed: _TRIAl CoURt AnchorAGE AK_

    Docket or case number (if you know): _3AN - 01 - 7101 C1_

    Date of the court's decision: _MARCh 2006_

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐   No ☒

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☒   No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☒   No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _AppeAls CoURt StAte of AlAsKA_

Page 9

Docket or case number (if you know): _3AN - 01 - 07101 CI_

Date of the court's decision: _NA_

Result (attach a copy of the court's opinion or order, if available): _NA_

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _TRIAl COURt / Appeals Court / Supreme Court for the State of AlASKA_

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _Denied right to hire Private Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Judge Moody denied the right to hire private counsel. And then give Counsel only 2 days to prepare for trial._

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?          Yes ☒   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _habeas corpus_

Name and location of the court where the motion or petition was filed: _Superior Court_
_Anchorge AK_

Docket or case number (if you know): _3AN - S81 - 7912 CR_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _Refused to_
_hear_

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☐   No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _Attorney refused to raise these_
_issues_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_In Appeals Court_

Page 11

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State said I haven't exhausted the
States remedies in 1985, The Federal Court
Asked Patterson to go back and Allow the
State a chance to correct there mistakes
The State never intended To do so, FROM
1982 until the present the State court have lied
About my case. Never given Me Any justice promised.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☒  No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

    _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?    Yes ☒ No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Superior Court / Anchorage AK_

Name and location of the court where the motion or petition was filed: _Anchorage_

Docket or case number (if you know): _3AN - 381 - 7912 CR_

Date of the court's decision: _Oct 5 1984_

Result (attach a copy of the court's opinion or order, if available): _Denied All
Allegations And points_

_____

    (3) Did you receive a hearing on your motion or petition?

       Yes ☐  No ☒

    (4) Did you appeal from the denial of your motion or petition?

       Yes ☒  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Appeals Court*
*AND State Supreme Court AT Anchorage AK*

Docket or case number (if you know): *A-08814 / S 12224*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *Petiton for*
*hearing denied*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *Would not hear ease*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *All*

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☒ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *none*

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: *All have been presented*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☒ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

WARRENtless SEARCH / PREjudeuce Jury/ineffective assistance of Counsel / No DNA / Denied Counsel Adequate time to prepare for trial. Denied witnesses to testify on my behalf

15. Do you have any petition or appeal **now pending** (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐    No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _Public Defenders_

(b) At arraignment and plea: _Public Defenders_

(c) At trial: _John Saleni / Michael Wolverton / Mitch Schapira_

(d) At sentencing: _Linda Wilson_

(e) On appeal: _Linda Maclean_

(f) In any post-conviction proceeding: _Linda Wilson / Dan Libbey / Colleen Libby / James Harper_

(g) On appeal from any ruling against you in a post-conviction proceeding: _Linda Wilson Dan Libbey / Colleen Libbey_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

Page 14

(a) If so, give name and location of court that imposed the other sentence you will serve in the
future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to
be served in the future?    Yes ☐  No ☒

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not
bar your petition.*  *Finally Exhausted All State
remedies.*

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a
person in custody pursuant to the judgment of a State court. The limitation period shall run
from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: *A hEARING In these matters so that this Case Can be brought to this court in a manner that*

or any other relief to which petitioner may be entitled. *the State court has denied Patterson for so long. I would ask this court for Appointment of Counsel in this matter.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on

_____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

_____

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.