UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RECEIVED
JUL 1 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TOMMIE G. PATTERSON

V.

STATE OF ALASKA

DOCKET OR CASE NO.
3AN-S81-7912CR.
APPEAL NO.A-8814
TRIAL CASE NO.3AN-01-7101CI

ADDED ADDENDUM TO WRIT OF
HABEAS CORPUS

FOR THE LAST TWENTY ONE YEARS PETITIONER HAVE FAITHFULLY PURSUED THE STATES LEGAL AND COURT SYSTEM TRYING TO GET PROMISED RELIEF FROM A CONVICTION THAT WAS UNJUST.

FROM 1982 UNTIL THE PRESENT THE STATE HAVE CONTINUALLY FABRICATED FINDINGS THAT THEY SAY THEY HAD AT TRIAL. THE DISTRICT ATTORNEYS OFFICE HAVE LIED ABOUT DNA TESTING/WITNESSES AND SO CALLED VICTIMS TESTIMONY,AND ALL THE EVIDENCE THEY SAY THEY HAD. WHEN ORDERED BY THE COURT TO PRESENT THIS EVIDENCE THE DISTRICT ATTORNEYS OFFICE STATED THEY ARE NOT REQUIRED TO PRESERVE ANY EVIDENCE.

L.C.WHITE AND ANDREW KING WAS SUPPOSED TO BE WITNESSES FOR THE STATE,BUT WITHDREW THEM WHEN THEY FOUND OUT THEY WAS GOING TO TESTIFY THAT THE SO CALLED VICTIM WOULD GO TO BED

WITH ANYONE.

PETITIONER IS ASKING THIS COURT TO OPEN ITS MIND, EYES, AND HEART IN THIS MATTER BEFORE THEM.

THE STATE HAS INTENTIONALLY, UNLAWFULLY AND WILLFULLY DRUG THIS CASE OUT FOR TWENTY FIVE YEARS, WITH THE INTENT TO NEVER GIVE PATTERSON ANY JUSTICE, FROM A CONVICTION THAT SHOULD HAVE BEEN DISMISSED AT THE BEGINNING OF TRIAL. THE STATE WANTS THE COURT TO BELIEVE THAT THERE ACTIONS WHERE IN GOOD FAITH, WITH NO INTENTION OF VIOLATING ANY OF PATTERSONS CONSTITIONAL RIGHTS TO A FAIR TRIAL.

FROM DAY ONE THE JUDGE REFISED TO LET PETITIONER TO HIRE PRIVATE COUNSEL, REFUSED A CONTINUANCE TO PREPARE FOR TRIAL, ALLOWED PREJUDICED JURIOR AND BIASED JURIOR TO SET IN ON TRIAL, STATE GOT PROTECTIVE ORDER TO KEEP PETITIONER FROM QUESTIONING THE CREDIABILTY OF SO CALLED VICTIM. REFUSED THE RIGHT TO HAVE A KEY WITNESS TO TESTFY ON HIS BEHALF. PRESENTING MEDICAL EVIDENCE BY DR.KNIGHSWANDER AND A POLICE OFFICER AT TRIAL THAT WAS FARRICATED. AND WARRENTLESS SEARCH.

NOW TODAY NO DNA NO TRANSCRIPT BECAUSE THE STATE ARE CLAIMING THAT THEY LOST OR DISTROYEDTHE EVIDENCE. NAD CANT FIND THE TRANSCRIPTS. WHICH THEY CLAIM PATTERSON LOST ?.

NOW THAT THE STATE COURT HAVE NOT FORFILLED THERE PROMISE TO THIS COURT OR GIVE PATTERSON WHAT THEY SAID THEY WOULD.

PATTERSON ASKS THIS COURT TO GIVE HIM THE SAME OPPURTUNITY TO PROVE HIS INNOCENCE IN THIS COURT THAT JUDGE ROBINSONWAS GOING TO GIVE PETITIONER IN 1985.

                                      RESPECTFULLY SUBMITTED

                                      TOMMIE G. PATTERSON