In The Court Of Appeals Of TheState Of Alaska

Tommie G. Patterson
        Appellant

VS.

State Of Alaska
        Appellee

Court Of Appeals
NO. 8814

Trial Court
NO.3AN-01-7101 CI

RECEIVED
JUL 11 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Showing Dilligence And Determination

    This affidaviate is in support of the lack of ability of the state to provide the court with the truth and nothing but the truth in this case. The state is relying on dillegence in there response to the court.

    Mr. Patterson's intentions are to open the courts eyes to the facts.

#1  Denied the right to challenge credabilty of the so called victim

#2  Judge issued protective order

#3  There was never any dna from the beginning

#4  Witness was threatened into testafing against Patterson

From 1981 until the present Mr. Patterson has constantly pursued and argued this case. Case no. A84-385 CI Patterson vs. MOA , et. al. Magistrate Roberts 6-2-86 and A88-086 civ Patterson vs. Mc Lean 11-2-90 Magistrate Roberts Scheduling Conference.The state was ordered to correct there mistake by not allowing Patterson a chance to exhaust all avenues and state remedies.

    On 06-02-1986 there was a hearing held concerning this matter as well as 11-02-1990 all concerning being falsely accused as well as conspiracy.

    The state said that Patterson filed excessive petitions , Knowing that they have been denying Patterson access to the court. In 1986 the federal court was going to give Patterson relief under Federal writ of Habeas Corpus 2254. The State cried fowl Patterson had not exhausted all his State remedies.A hearing was held telephonic ally, the State was going to allow Patterson to exhaust the state remedies in the State court.If not bring this case back to the Federal Court later.
    Patterson thought that the State court would honor this writ. But instead it was dismissed right away.

Therefore Patterson put in another writ and another because the State had the intentions of not hearing any of them.

Patterson put in for copy's of his transcript no success. The State had already lost it or destroyed it. See Page 3 of States response to Patterson's case. Which was making Patterson responsible for all documents and transcripts in his case. Isn't this the States responsibility Moreover the State realized the false testimony false medical evidence and the falsified documents puts the States case in jeapordy. Therefore by destroying the so called evidence and transcript the truth of Patterson's innocence would never be known.
The State didn't anticipate Patterson's dillagence in his pursuit for the truth.

Patterson directs the courts attention to the finding of Dr. Thomas Nighswander. He was not a licensed Doctor by the states of Alaska. He said he was a federal Doctor and didn't require a state license. Patterson finds that the doctors testimony be prejudice and because Dr. Nighswander worked for a special task force for the police department, so he had reason to falsify medical findings, see page 41 and 42 see attached.
Moreover F.B.I. agent Bob Bean contradicted Dr. Nighswander finding any seaman on any supposed evidence. Lab technician Bob Bean testified that the evidence sent to him was all dry and there wasn'anything on it to start with . see page 513 attached. There was nothing in any of there test that proves Tommie Patterson raping anyone.

Moreover Judge Moody gave the State a protective order , hindering Patterson from exercising his right to question the credabilty and the character of the so called victim. The State got the court beliving that Patterson sexually assaulted <<victims>>. when there was supposed to be only one victim.

Patterson knows that his rights was violated when the Judge refused to let Andres Parr testify in Patterson's behalf. The State has hid the truth for twenty four years. And are trying to do so today. No scientific evidence no medical evidence suggest that Patterson committed any crime what so ever. Patterson has not waved his right for dna testing it has been proven time and again that so called victims do lie. That is why the State distroyed all evidence that could have been tested for dna, as well as distroyed the transcript. Because who can question the truthfullness of the District Attorneys office if there is no evidence or transcript. But behold Patterson was there he is a walking transcript he remembers what happened at his trial very well.

If Patterson's case is ti old to deserve the right for dna testing than what about the hundreds of people who have been freed from dna testing. enclosed a few case of those freed.

In closing the State is so quick to shift the responsibility of preserving evidence and transcripts on Patterson. Yet forgetting Patterson doesn't have access to the original transcripts
only copys . Neither does Patterson have access to any of the original documents. Only the District Attorney;s office the Court and the Police have access to them.

So Patterson's question is who destroyed them. Surely it could have been Patterson.

The Court would not do so because Patterson's case is public record So the burden lies on

hmmmmmmm.

Respectfully Submitted

Tommie G. Patterson