Tommie G. Patterson
Name
401 East 45th Ave #1
Anchorage AK 99503
Address
907-245-3030
Telephone Number

RECEIVED

AUG 0 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Tommie G Patterson,

Plaintiff/Petitioner,

vs,

State of Alaska,

Defendant/Respondent.

CASE NO. 3:06-CV-00167-TMB

MOTION FOR APPOINTMENT
OF COUNSEL

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 7/29/2006

_____
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97