# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Tommie Patterson v.s. State of Alaska

FOR: The United States District Court
AT: District of Alaska at Anchorage
ANCHORAGE, ALASKA

RECEIVED AUG 01 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, A.K.

LOCATION NUMBER: 06

PERSON REPRESENTED (Show your full name): Tommie Gene Patterson

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☒ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 3:06-cv-00167-TMB
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Sexual Assault, Kidnapping
☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Janitorial Managment, 6015 Reseda Blvd, Tarzana, CA 91356
IF YES, how much do you earn per month? $ 1400.00
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ 832.00 Mon — unemployment
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
$ 2200.00 per month — Totem Theater
$ 3500.00 per month — Fireweed Theater

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
$ 6000.00 — Grand Am - 2000
$ 5000.00 — Ford Explorer 1997

**DEPENDENTS**
MARITAL STATUS: ☒ Married
___ Single
___ Widowed
___ Separated or Divorced
Total No. of Dependents: _____
List persons you actually support and your relationship to them: Marion - Wife

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 895.00 per month | | $ | $ 895.00 |
| Cars | | $ 8000.00 | $ 625.00 |
| Hospital Bills | | $ 5000.00 | $ 50.00 |
| IRS | | $ 8000.00 | $ 25.00 |
| Life Insurance / Auto Insurance | | | 356.35 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/29/2006

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Tommie G. Patterson