RECEIVED

AUG 1 X 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ALASKA
2

3
   TOMMIE G. PATTERSON           ) Case No.: 3;06-CV-00167-TMB
4                                )
            Plaintiff,           ) ORDER TO SHOW CAUSE
5                                )
        V                        )
6                                )
   STATE OF ALASKA               )
7                                )
            RESPONDENT           )
8                                )

9                    **MOTION FOR EXTENTION OF TIME**

10
        COMES NOW PLAINTIFF BY WAY OF MOTION ASKING THIS COURT FOR
11
   AN EXTENTION OF TIME TO AMMEND HIS PETITION. IT HAS BEEN TWENTY
12
   FIVE YEARS SINCE PETITIONERS INCARCERATION.
13
        PETITIONERS INTENDS TO PUT HIS ACCOUNT OF THE FACTS IN ORDER.
14
   SO AN EXTENTION OF TIME WOULD BE GREATLY APPRECIATED. I WOULD LIKE TO
15
   HAVE THIRTY DAYS , IF THIS IS ALRIGHT WITH THE COURT.
16

17
                                    RESPECTFULLY SUBMITTED
18
                                    [signature]
19                                  TOMMIE G. PATTERSON
                                    401 EAST 45TH.AVENUE #1
20                                  ANCHORAGE, AK.99503
                                    Tuesday, August 08, 2006
21

22

23

24

25

[Summary of pleading] - 1