| UNITED STATES DISTRICT COURT<br>DISTRICT OF ALASKA<br><br>PETITION<br>WRIT OF *HABEAS CORPUS*<br>UNDER 28 U.S.C. § 2254 | COURT USE ONLY<br>(UNLESS YOU ARE FILING AN AMENDED PETITION,<br>AND YOU ALREADY HAVE A CASE NUMBER)<br>SEP 13 2006<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA<br><br>CASE NO. 3:06-cv-00167 (TMB) |
|---|---|

Name: TOMMIE G. PATTERSON     Prisoner No. 3000

Place of Confinement: MANDANTORY PAROLE

Name of Petitioner (name under which convicted)

TOMMIE G. PATTERSON     V.     ALASKA PAROLE BOARD

Respondent (authorized person with custody of petitioner, such as the warden or superintendent — not the State of Alaska)

## PETITION

1. Name and location of the court that entered the judgment of conviction under attack:

   SUPERIOR COURT/ STATE OF ALASKA AT ANCHORAGE

   303 K STREET/ ANCHORAGE, AK 99501-2083

2. Date of Judgment of Conviction: JULY 22 1982

   Case Number: 3an-81-7912CR

3. What was your Plea? (Check one)

   Guilty ☐   Not Guilty ☒   Nolo Contendere ☐

   a. If you entered a guilty plea to one count of the indictment and a not guilty plea to another count give details: _____

b. If you entered a plea of guilty under a plea bargain agreement state the terms and conditions of the agreement: _____

4. Were you sentenced on more than one count of an indictment, in the same court at the same time? Yes ☒  No ☐

5. What was (were) the count(s) of which you were convicted? (All Counts) SEXUAL ASSAULT FIRST DEGREE COUNT 2 KIDNAPPING, COUNT III ASSAULT THIRD DEGREE COUNTS VIII, IX AND ASSAULT FOURTH DEGREE COUNT XI

6. Type of Trial (Check one only)   Jury ☒   Judge Only ☐
7. Did you testify at trial? Yes ☐  No ☒
8. Length of sentence   41
9. Do you have any **future state court sentence** to serve after you complete the sentence imposed by the judgment under attack? Yes ☐  No ☒

If "yes," you must add the state's **Attorney General** as an **additional respondent**. If you have a sentence to be served now or in the future under a **federal judgment** that you wish to attack, you should file a motion under 28 U.S.C. § 2255, in the federal court that entered that judgment.

a. If yes, give the name and location of the court that imposed the sentence to be served in the future: _____

b. Length of sentence: _____   Date to begin: _____

c. Have you filed, or do you contemplate filing, any petition attacking the judgment that imposed the sentence to be served in the future?  Yes ☐  No ☐

10. Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☐

   a. If yes, Docket Number (if you know): _____

   b. Result: _____

          _____

   c. Date of Result: _____

   d. Case Citation (if you know): _____

   e. Grounds raised: _____

_____

_____

_____

_____

_____

_____

---

**CAUTION:** In order to proceed in federal court, you must first **exhaust** your state court remedies as to each ground on which you request action by the federal court. You are cautioned that there is a **one-year limitations period** in which to file a habeas petition in federal court, and that a petition brought under § 2254 will be dismissed if not brought within that period, unless there are "extraordinary circumstances" beyond your control that made it impossible to file your petition on time. The one year limitations period is tolled (suspended) during any **state** court post-conviction proceedings.[1] If you file a petition in federal court before you have fully exhausted your claim(s) in state court, the federal petition will **not** toll the statute of limitations.

---

[1] 28 U.S.C. § 2244(d)(1): A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

11. If your judgment of conviction became final over one year ago, explain why the one-year statute of limitations does not bar your petition: I HAVE BEEN FIGHTING THIS CONVICTION IN THE STATES COURTS ,SINCE MY FIRST DAY OF ARREST.

### GROUNDS FOR RELIEF

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. You may also have grounds that are not listed here. Do not check any of these listed grounds. If you select any of these grounds for relief, you must allege **facts**. The petition will be returned to you if you merely check specific grounds.

- a. Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with an understanding of the nature of the charge and the consequences of the plea.
- b. Conviction obtained by use of coerced confession.
- c. Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
- d. Conviction obtained by use of evidence gained pursuant to an unlawful arrest.
- e. Conviction obtained by a violation of the privilege against self-incrimination.
- f. Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- g. Conviction obtained by a violation of the protection against double jeopardy.
- h. Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
- i. Denial of effective assistance of counsel.
- j. Denial of right of appeal

State each ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize *briefly and concisely* the facts supporting each ground. If you claim more than three grounds, make copies of blank pages 5 - 6, and attach those pages stating additional grounds and *facts* that support those grounds. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a future action.

12. **Ground 1 (a – j)** ___ (just one), or other: __D__

    **Supporting FACTS** (State *briefly*, without citing cases or law) ~~THE CLAIM OF SEXUAL~~ ASSAULT AND KIDNAPPING WITH A HAND GUN, THAT WAS NOT USED IN A COMMISSON OF A CRIME. THE HAND GUN THAT OFFICER HAMMOND SPOKE OF DID NOT BELONG TO PETITIONER OR USED AS A MEANS TO THREATEN OR HOLD ANYONE AGAINST THERE WILL. THE GUN BELONGED TO JERRI WALKER AS WELL AS THE ROOM IT WAS IN.NOT TOMMIE PATTERSON"S. ATTORNEY AT TRIAL WAS DUMBFOUNDED WHEN A QUESTION WAS ANSWERED,HE WOULD MUMBLE LIKE HE WAS DRUNK OR HIGH.

13. **Exhaustion of state court remedies regarding Ground 1:** D

    ☞ **Direct Appeal:**
    a. Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

    Yes ☐  No ☒  Result: ATTORNEY LINDA MCLEAN REFUSED TO RAISE THIS ISSUE,
    Case No. 7096    Date of Decision: 1984

    If no, why not? at the same time she was filing my appeal she was handling a case for vickey borner,who testified against me.

    b. Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

    Yes ☐  No ☒  Result: _____
    Case No. _____  Date of Decision: _____

    If no, why not? ATTORNEY REFUSED TO SUBMIT THE ISSUES IN THE APPEALS BRIEF,SHE WAS REPESENTING MS.BORNER AT THE SAME TIME.

    ☞ **Post-Conviction:**
    c. Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

    Yes ☐  No ☒  Name of Court: _____
    Case No. _____  Date Petition Filed: _____

Did you receive an evidentiary hearing?   Yes ☐   No ☒

Result: _____   Date of Result: _____

If you did not raise this issue, why not? ATTORNEY NEVER RAISED THESE ISSUES.

_____

d. Did you appeal *this issue* to the Alaska Court of Appeals?   Yes ☐   No ☒

Result: _____

Case No. _____ Date of Result: _____

If no, Why not? attorney refused to argue ant issue pretaining to an-
other attorney.

e. Did you appeal *this issue* to the Alaska Supreme Court?   Yes ☐   No ☒

Result: _____

Case No. _____ Date of Result: _____

If no, why not? AGAIN WOULD NOT ARGUE THE ISSUE.

☞   **Other Proceedings:**

f. Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)?   Yes ☐   No ☒

If yes, explain: _____

_____

_____

14. **Ground 2 (a – j)** _F_   (just one), or other: ҵ   _F_ _____

**Supporting FACTS** (State *briefly*, without citing cases or law)   BY DENYING ANDREAS PARR
AND ANDREW KING TO TESTIFYING ON MY BEHALF. ABOUT THE TRUTHFULL –
NESS OF THE SO CALLED VICTIM. AND WITHOLDING EVIDENCE FROM THE
JURY, BY NOT TELLING THEM THAT NONE OF THE SPECMANS WHERE
PATTERSONS.

Did you receive an evidentiary hearing?   Yes ☐   No ☒

Result: _____   Date of Result: _____

If you did not raise this issue, why not? ~~THE HEARING WAS CANCELED BECAUSE OF~~ THE CONFLICT WITHPETITIONER AND JOHN SALAMI.

d. Did you appeal *this issue* to the Alaska Court of Appeals?   Yes ☒   No ☐

Result: AFFRIMED

Case No. 7096 _____   Date of Result: ~~1984~~

If no, Why not? _____

e. Did you appeal *this issue* to the Alaska Supreme Court?   Yes ☒   No ☐

Result: _____

Case No. _____   Date of Result: _____

If no, why not? ~~ATTORNEYS WOULD NOT ARGUE ISSUE.~~

☞ **Other Proceedings:**

f. Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)?   Yes ☒   No ☐

If yes, explain: MENTIONED INSTATE COURT 1985

THE EXCESSIVE WRITS ~~THE STATE IS TALKING ABOUT DOESNT HAVE~~ ANYTHING TO DO WITH MY CASE. IT WAS MEDICAL WRITS.

14. **Ground 2 (a–j)** J    (just one), or other: _____

**Supporting FACTS** (State *briefly*, without citing cases or law) DNA ~~WHICH THE STATE~~ CLAIMS THEY DESTROYED OR LOST EVIDENCE THAT THEY NEVER HAD FROM THE BEGINNING. ALSO THE STATE ACCUSED ~~PETITIONER OF LOSING~~ THE TRANSCRIPT OF THE TRIAL ,WHILE HE WAS IN PRISON. THE FBI TESTIFIED AT TRIAL THAT HTE STATE DIDNT SEND THEM NOTHING THAT EVERYTHING WAS DRI DRY SWAB AND A DRY SLIDE

I ~~WAS DENIED THE RIGHT TO QUESTION THE SO CALLED VICTIM ABOUT HER CREDABILTY OR HER PAST.~~

15. **Exhaustion of state court remedies regarding Ground 2:**

    ☞ **Direct Appeal:**
    a. Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

    Yes ☒  No ☐  Result: AFFIRMED

    Case No. 7096              Date of Decision: 1984

    If no, why not? _____

    b. Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

    Yes ☐  No ☒  Result: ATTORNEY REFUSED TO ARGUE ISSUE

    Case No. _____  Date of Decision: _____

    If no, why not? _____

    ☞ **Post-Conviction:**
    c. Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

    Yes ☒  No ☐  Name of Court: SUPERIOR COURT

    Case No. 3an-s88-12506civ        Date Petition Filed: 8/4/1989
    3an-s81-7012cr.
    Did you receive an evidentiary hearing? Yes ☒ No ☐

    Result: DISMISSED                    Date of Result: UNKNOWN

    If you did not raise this issue, why not? _____

    d. Did you appeal *this issue* to the Alaska Court of Appeals? Yes ☒ No ☐

    Result: ~~REFUSED TO HERE CASE~~

    Case No. _____  Date of Result: _____

If no, why not? _____

e. Did you appeal *this issue* to the Alaska Supreme Court?  Yes ☒  No ☐

   Result: REFUSED TO HERE

   Case No. _____  Date of Result: _____

   If no, why not? _____

☞ **Other Proceedings:**

f. Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)?  Yes ☐  No ☒

   If yes, explain: _____

16. **Ground 3 (a – j)** __H__   (just one), or other: __H__

    **Supporting FACTS** (State *briefly*, without citing cases or law) JURIOR DEDRE SANDS WAS SELECTED TO STAY ON THE JURY AFTER PLAINTIFF ASKEDCOUNSEL SEVERAL TIMES TO REMOVE HER BECAUSE SHE STATED SHE COULDN:T BE FAIR BE CAUSE HER STEPFATHER ATTEMPTED TO RAPE HER. ALLOWING GCAIG CHONG TO SET ON JURY AFTER PETITIONER ASKED  HE BE REMOVED. HE HAD STATED THAT HE HAD GIVEN WENDY WHEELER A RIDE

17. **Exhaustion of state court remedies regarding Ground 3:**
    ☞ **Direct Appeal:**

    a. Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

    Yes ☒  No ☐  Result: __AFFRIMED__

    Case No. __7096__              Date of Decision: _____

    If no, why not? _____

    b. Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

    Yes ☐  No ☒  Result: __AGAIN ATTORNEY REFUSED TO ARGUE THIS ISSUE.__

    Case No. _____              Date of Decision: _____

    If no, why not? _____

    ☞ **Post-Conviction:**
    c. Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

    Yes ☐  No ☒  Name of Court: __REFUSED TO ARGUE ISSUE.__

    Case No. _____              Date Petition Filed: _____

    Did you receive an evidentiary hearing?  Yes ☐  No ☒

    Result: _____              Date of Result: _____

    If you did not raise this issue, why not? _____

    d. Did you appeal *this issue* to the Alaska Court of Appeals?  Yes ☐  No ☒

    Result: __ATTORNEY REFUSED TO FILE PETITION.__

    Case No. _____              Date of Result: _____

    If no, why not? _____

    e. Did you appeal *this issue* to the Alaska Supreme Court?  Yes ☐  No ☒

    Result: __ATTORNEY REFUSED TO FILE PETITION.__

    Case No. _____              Date of Result: _____

12. **Ground** ~~4~~(a – j) _I_ (just one), or other: MITCHELL SCHEPIRO MY HIRED ATTORNEY WAS GIVEN 2 DAYS TO PREPARE FOR TRIAL

   **Supporting FACTS** (State *briefly*, without citing cases or law) MICHAEL WOLFERTON WAS DENIED A CONTINUANCE. JOHN SALAMI, LINDA MC CLEAN, RICH ZALINSER JAMES HOPPER, BLAIR MC CUNE AND LINDA WILSON. ALL THESE ATTORNEYS WERE INVOLVED IN THIS CASE. AND OUTRIGHT REFUSED TO FILE ISSUES THAT WERE SUGNIFCANT TO PROVING THE INNONCE OF PETITIONER. OR INFORMING PETITIONER OF THE DNA LAWS.

13. **Exhaustion of state court remedies regarding Ground 1:**

   ☞ **Direct Appeal:**
   a. Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

   Yes ☒   No ☐   Result: AFFIRMED

   Case No. 3an-81-7912 cr.          Date of Decision: 4/27/90
            3an-88-12506 civ
   If no, why not? _____

   b. Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

   Yes ☒   No ☐   Result: AFFRIMED

   Case No. _____       Date of Decision: UNKNOWN

   If no, why not?   COURT REFUSED TO HEAR CASE

   ☞ **Post-Conviction:**
   c. Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

   Yes ☒   No ☐   Name of Court: SUPERIOR COURT

   Case No. 3an-81-7912 cr.          Date Petition Filed: 1997

If no, why not? _____

_____

☞ **Other Proceedings:**

f.　Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)?　Yes ☒　No ☐

If yes, explain: ~~THIS COURT dismissed by petitioner at the request of federal judge to allow the state a chance~~ to correct there own ~~mistakewhich the state admitted to .~~ but instead the state never intended to give patterson justice.

18.　Have **all grounds** raised in this petition been presented to the highest state court having jurisdiction?　Yes ☒　No ☐

a.　If no, which grounds have not been presented? _____

_____

b.　Explain reasons for not presenting grounds: _____

_____

**Attach a copy the highest state court written decision(s) regarding this conviction.**

If you have not attached copies of your state court written decisions, why not? _____

_____

### SUCCESSIVE PETITIONS

19.　Is this the first *federal* petition for writ of *habeas corpus* challenging this conviction? Yes ☐　No ☒

a.　If no, in what court was the prior action filed? THIS COURT _____

_____　Case No. _____

b.　Was the prior case: (Check one)　Denied on the merits ☐　or Dismissed on procedural grounds ☒

c.　Date of decision _____

d.　Are there any issues raised in this petition that were raised in the prior petition?　Yes ☒　No ☐

e.　If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition?　Yes ☐　No ☐

If yes, please attach a copy of the order.   Attached?   Yes ☐   No ☐

*** **YOU MUST OBTAIN PERMISSION BEFORE FILING YOUR SUCCESSIVE PETITION.** ***

20. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment being attacked:

   a. Preliminary Hearing: JOHN SALAMI

   b. Trial: MITCHELL SCHEPIRO / MICHAEL WOLFERTON/

   c. Sentencing: MITCHELL SCHEPIRO

   d. Appeal: LIND MC CLAIN

   e. Post-conviction Proceeding: LINDA MC CLAIN   DAN LIBBEY   LINDA WILSON BLAIR MC CUNE JAMES HOPPER

   f. Appeal from adverse ruling in Post-Conviction Proceeding: _____

21. Do you have any petition, application, motion or appeal (or by any other means) now pending in any court regarding the conviction that you are challenging in this action?   Yes ☐   No ☒

If yes, state the name of the court and the nature of the proceedings:

_____

_____
_____
_____
_____
_____
_____

Date you are mailing (or handing to correctional officer) this petition to the Court: _____

**WHEREFORE**, petitioner prays that the Court grant petitioner such relief to which petitioner is entitled in this federal petition for writ of habeas corpus under 28 U.S.C. § 2254 by a person in state custody.

_Tommie G. Patterson_
Signature of Petitioner

_____
Signature of Attorney (if any)

(Signature of person who prepared this petition, if not Petitioner)
_Tommie G. Patterson_
Typewritten/Printed Name of Person who prepared this petition

Address of Person who Prepared Petition:
_4012 45 Ave #1_
_Anchorage, Alaska 99501_

_____
Typewritten/Printed Name of Attorney

Address of Attorney:
_____
_____

**DECLARATION UNDER PENALTY OF PERJURY**

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT.**

Executed at: _Anchorage, Alaska_    Date: _____
Location where signed

_Tommie G. Patterson_
Signature of Petitioner

_____
Inmate Number