# In the Supreme Court of the State of Alaska

| | |
|---|---|
| **Tommie G. Patterson,** | Supreme Court No. S-12274 |
| Petitioner, | |
| v. | **Order** |
| | Petition for Hearing |
| **State of Alaska,** | |
| Respondent. | Date of Order: 5/31/06 |

Trial Court Case # **3AN-01-07101CI**
Court of Appeals # **A-08814**

Before: Bryner, Chief Justice, and Matthews, Eastaugh, Fabe, and Carpeneti, Justices.

On consideration of the Petition for Hearing filed on 3/23/06, and the response filed on 5/1/06,

**IT IS ORDERED:**

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

*Marilyn May*
Marilyn May

cc: Supreme Court Justices
COA Judges
Judge Hensley
Central Staff
Trial Court Clerk - Anchorage

Distribution:

Colleen Libbey
Libbey Law Offices
604 West Second Avenue
Anchorage AK 99501

Nancy R Simel
OSPA
310 K Street Suite 308
Anchorage AK 99501

# In the Supreme Court of the State of Alaska

| | |
|---|---|
| Tommie G. Patterson, ) | |
| ) | Supreme Court No. S-12274 |
| Petitioner, ) | |
| ) | **Notice of Intent** |
| v. ) | to Petitioner to |
| ) | Enter Judgment For Cost of |
| State of Alaska, ) | Appointed Attorney |
| ) | |
| Respondent. ) | |
| _____ ) | |

Trial Court Case # **3AN-01-07101CI**

Unless you or the prosecutor objects by 7/17/06 (you may use the enclosed form), the court or clerk will enter a judgment against you for the cost of your appointed attorney as indicated below:

| Type of Appellate Proceeding | Misdemeanor | Felony |
|---|---|---|
| Petition for Review | $ 500 | $ 1,000 |
| **Petition for Hearing** | 500 | 1,000 |
| Original Application | 500 | 1,000 |

Entered under Appellate Rule 209(b)(6) on **5/31/06**.

Date mailed to the parties: 5/31/06

_____
Deputy Clerk, Appellate Courts

Mailed to Petitioner at: 401 East 45th Avenue Anchorage AK 99503

Distribution:

    Colleen Libbey
    Libbey Law Offices
    604 West Second Avenue
    Anchorage AK 99501

    Nancy R Simel
    OSPA
    310 K Street Suite 308
    Anchorage AK 99501

# In the Supreme Court of the State of Alaska

Tommie G. Patterson, )
                               ) Supreme Court No. S-12274
            Petitioner, )
                               )
      v.                          ) **Opposition**
                               ) to Entry of Judgment
State of Alaska, ) for Cost of
                               ) Appointed Attorney
            Respondent. )
_____ )

Trial Court Case # **3AN-01-07101CI**

    I oppose the entry of the proposed judgment against me for the cost of appointed attorney for the following reason(s):

☐ My conviction was reversed on appeal.

☐ I filed the following type of action, but the clerk or court assessed the wrong amount for this action:

        ☐ Petition for Hearing
        ☐ Petition for Review
        ☐ Original Application

☐ The clerk or court is proposing to enter more than one judgment for costs of attorney against me. This is not correct because all of my offenses were resolved in one court proceeding.

☐ I should be assessed less than the scheduled amount because my attorney spent only __ hours on my case. [If you check this box, you must attach your attorney's statement showing the hours spent.]

☐ Other_____
_____
_____
_____
_____

_____      _____      _____
Petitioner's Daytime Phone      Petitioner's Signature           Date

_____      _____      _____      _____
Petitioner's Mailing Address      City            State           Zip

Mailed to State's Attorney on:_____