# ALASKA PUBLIC DEFENDER AGENCY

900 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 334-4400
Fax: 269-5476

RECEIVED
SEP 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

July 13, 2001

Tommie G. Patterson
8195 Grant Street
Juneau, AK 99801

Dear Mr. Patterson:

I am sorry to have to tell you that the Supreme Court denied the petition for hearing in your case. A copy of the order is enclosed.

This concludes your appeal in the state court. If you're interested in pursuing federal remedies, you can contact the Federal Public Defender Agency. Their address is 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501. My office cannot give you much advice about federal rights and remedies, because we are not familiar with that body of law.

If you wish to discuss your options further, or have any questions, please give me a call.

Very truly yours,

Linda Wilson
Deputy Public Defender

LW/db

Enclosure

# In the Supreme Court of the State of Alaska

RECEIVED
JUL 13 2001
PUBLIC DEFENDER AGENCY
ANCHORAGE

| | |
|---|---|
| **Tommie G. Patterson,** | Supreme Court No. S-10007 |
| Petitioner(s), | |
| v. | **Order** |
| | Petition for Hearing |
| **State of Alaska,** | |
| Respondent(s). | Date of Order: 7/9/01 |

Trial Court Case # 3AN-97-09701CI
Court of Appeals Case # A-7298

Before: Fabe, Chief Justice, and Matthews, Eastaugh, Bryner, and Carpeneti, Justices

On consideration of the Petition for Hearing filed on 3/12/01, and the response filed on 6/6/01,

IT IS ORDERED: The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

*Marilyn May*
Marilyn May

cc: ~~Supreme Court Justices~~
COA Judges
Judge Hensley
Central Staff
Trial Court Appeals Clerk

Distribution:

G Blair McCune
Attorney at Law
4714 Mills Drive
Anchorage AK 99508

Michael J Stark
Asst Attorney General
P O Box 110300
Juneau AK 99811

Order8s.wpt