**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

TOMMIE G. PATTERSON,
    Plaintiff,

Case Number 3:06-cv-00167-TMB

v.

ALASKA PAROLE BOARD,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this habeas petition is DISMISSED with prejudice.

APPROVED:

_____
/s/TIMOTHY M. BURGESS
United States District Judge

_____
Date: October 10, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[patterson judgment.wpd]{JMT2.WPT*Rev.3/03}