IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RECEIVED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TOMMIE G. PATTERSON  )  Case No.:
    PETITIONER )
  vs. ) 3:06-CV-00167-TMB
,STATE OF ALASKA )
    RESPONDENT )

## MOTION FOR RECONSIDERATION

COMES NOW PETITIONER BY WAY OF MOTION ASKING THIS COURT TO RECONSIDER ITS ORDER OF DISMISSAL. THIS COURT HAVE IGNORED ALL ISSUES AND FACTS. IN THE BEGINNING OF PETITIONERS WRIT JUDGE TIMOTHY M. BURGESS IGNORED THAT MR. PATTERSON WAS A PRO SE LITAGANT. HE ALSO IGNORED THE FACT THAT PETITIONER PUT IN A REQUEST FOR APPOINTMENT OF COUNSEL-,THAT WAS NEVER ANSWERED. ACCORDING TO THE 6TH. AMENDMENT TO TO HAVE ASSISTANCE OF COUNSEL FOR HIS DEFENSE.

    JUDGE BURGESS ARE DISPLAYING HIS ABILITY TO DENY PETITIONER THE RIGHT TO BE FREE, ACCORDING TO THE 14TH. AMENDMENT(1868) . NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE ,LIBERTY ,OR PROPERTY , WITHOUT DUE PROCESS OF LAW;NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS.   JUDGE BURGESS CHANGED A PETITION IN PETITIONERS CASE TO A COMPLAINT. HE DELIBERATELY TOLD PETITIONERTHAT THE STATE OF ALASKA WAS NOT A PROPER RESPONDENT EXHIBIT #1

[Summary of pleading] -   1

```
 1  THEREFORE HIS ORDER TO SHOW CAUSE CONFUSES PETITIONER. EXHIBIT 2
 2  SINCE THE COURT ORDER OF DISMISSAL NAMING THE PETITIONER A
 3  PLAINTIFF AND NAMING RESPONDENT A DEFENDANT HAS CONFUSED ALL
 4  ISSUES. THEREFORE HOW COULD JUDGE BURGESS RENDER A PROPER RULING
 5   WHEN ALL OF THE KEY ISSUES WHERE IGNORED, AND ALL OF THE POINTS
 6  IN THE PETITION ARE BEING KEPT FROM THE JUDGES IN THE NINTH
 7  CIRCUIT.
 8      NOW THIS COURT IS TELLING PETITIONER PROCEDURALLY
 9  DEFAULTED ON HIS RIGHT TO BRING HIS CLAIM REGARDING
10  DNA EVIDENCE IN STATE COURT AND ALL OTHER GROUNDS WERE
11  FILDED SUBSTANTIALLY OUTSIDE OF THE LIMITATIONS PERIOD.
12  PETITIONER DISAGREES.OSBORNE DNA CASE 2004 EXHIBIT #3
13   EXHIBIT #4 SEVENTEEN IN PRISON. EXHIBIT #5FOUR MEN
14  WRONGFULLY CONVICTED A 1978 CASE.#6 FREED AFTER 15 YEARS IN
15  PRISON AGAIN DNA. EXHIBIT #7 1999 CASE DNA .
16     NOW YOU ARE TRYING TO BAR ME FROM EXHAUSTING ALL OF
17  MY REMIDIES. SO I ASK THIS COURT TO RECONSIDER THE ORDER OF
18  DISMISSAL. I DON'T KNOW HOW MUCH MORE
19  DILIAGENT I CAN BE I HAVE BEEN FIGHTING THIS CASE FOR 24 YEARS
20  AND AM STILL IN THE STATE COURT AND STILLIN THE ALASKA COURTS.
```

                        RESPECTFULLY SUBMITTED
                        TOMMIE G. PATTERSON

                        *[signature: Tommie Patterson]*

                        401 EAST 45TH.AVENUE #1
                        ANCHORAGE,ALASKA 99503
                        OCTOBER 16,2006

[Summary of pleading] -                                            2