Exhibit #2

RECEIVED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA PAROLE BOARD,<br><br>Defendants. | Case No. 3:06-cv-00167-TMB<br><br><u>ORDER OF DISMISSAL</u> |

Tommie G. Patterson, representing himself, filed a habeas petition, challenging his 1982 conviction, which this Court screened as required under Rule 4 of the Rules Governing Section 2254 Cases.[1] It appeared that Mr. Patterson procedurally defaulted on his right to bring his claim regarding DNA evidence in state court, and all other grounds were filed substantially outside of the limitations period.[2]

The Supreme Court has explained that in order to present otherwise procedurally barred claims to a federal habeas court, a petitioner must come forward

---

[1] See Docket Nos. 1, 2.

[2] See id.

T:\patterson dismiss.wpd