RECEIVED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Saturday, March 6, 1999    A-5

# Four wrongfully imprisoned men share $36 million

By EVELYNE GIRARDET
The Associated Press

CHICAGO — Four black men imprisoned for a double murder for two decades until some journalism students proved their innocence won an unprecedented $36 million settlement from the county Friday.

Attorneys called it the biggest settlement ever reached in a civil rights lawsuit stemming from police misconduct in the United States.

The four men had sued Cook County, claiming the sheriff's officers who investigated the 1978 case were racists who hid evidence that would have helped the defense while ignoring leads pointing to the real killers.

Two of the wrongly convicted men went to death row; the other two got life sentences.

All were freed from prison in 1996 and pardoned after Northwestern University journalism professor David Protess and three students proved a prosecution witness had lied. Three other men were later convicted of the killings and sentenced to life in prison.

"No amount of money can be satisfactory for what has been done to us," said one of the men wrongly sent to death row, Dennis Williams, 42.

The four men said they plan to donate some of the money to efforts to help free other inmates who have been wrongly convicted. They declined to say what their other plans were.

Williams, Kenny Adams, Verneal Jimerson and Willie Raines were in their 20s when they were convicted of the gang rape and murder of Carol Schmal and Lawrence Lionberg. The two were abducted from a gas station. Their bodies were found in the Chicago suburb of Ford Heights.

"It's something that never leaves you," said Adams, 41, who was serving a life sentence. "You think about it every day. You can never feel comfortable again."

Williams works with Protess investigating cases, Adams is employed at United Parcel Service and Jimerson does detail work on cars. Raines, who lives in Wisconsin, did not attend a news conference with the three others. As of a year ago, he was a maintenance man at a nursing home.

Cook County State's Attorney Richard Devine, who was not in office when the case was prosecuted, said the men had asked for $77 million.

"While the plaintiffs cannot recover the years they spent incarcerated, this settlement compensates them fairly," Devine said.