24 JUNEAU EMPIRE, FRIDAY, AUGUST 24, 2001

RECEIVED
OCT 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA
Nat



ROB BARTHOLOMEW / THE ASSOCIATED PRESS

**Free man:** Charles Fain, center, talks with reporters after his release from the Idaho Maximum Security Prison in Boise, Idaho, on Thursday. His death row conviction was set aside due to DNA evidence.

# Free after 17 years on death row

**By DAN GALLAGHER**
THE ASSOCIATED PRESS

BOISE, Idaho — A man who spent 17 years on death row has been freed from prison after new tests on DNA evidence raised questions about his guilt in the 1982 murder of a 9-year-old girl.

"Thank God for DNA," Charles Fain said Thursday as he left the Idaho Maximum Security Prison. "I knew I didn't do it, so it had to work out sooner or later."

A state judge ordered the release after prosecutors said they would not retry the 52-year-old Fain, who has spent more than a third of his life in prison for the kidnapping, sexual assault and drowning of Daralyn Johnson.

"After conducting a thorough review of the evidence, we have concluded that while some evidence exists that Fain was involved in the crime, there is insufficient evidence at this time to

> "Thank God for DNA. I knew I didn't do it, so it had to work out sooner or later.
> — Charles Fain"

cutor David Young said.

Young said he would not pursue a new trial on first-degree murder charges.

U.S. District Judge B. Lynn Winmill set aside Fain's conviction last month and ordered the state to file new charges or release Fain by Sept. 4.

Much of the case was based on an FBI forensics expert's testimony that pubic hairs found in Daralyn's socks and underwear

identification led a forensic laboratory to conclude in June that the hairs were not Fain's. The lab said the hairs came from the same unidentified person.

Scientists have historically studied DNA by examining the nucleus of human cell samples. But human hair has presented a problem because the cells do not contain a nucleus.

Fain's case was among the first in the nation in which scientists used mitochondrial DNA, which is found in hair, to determine if it belonged to a particular suspect.

Daralyn was abducted while walking to school in February 1982. Her body was found by fishermen three days later along the Snake River. Fain, a handyman, moved into Daralyn's neighborhood shortly after her death and was later charged with the slaying.

"There's somebody out there