RECEIVED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Exhibit 16



J. PAT CARTER / THE ASSOCIATED PRESS

**Finally free:** Jeff Pierce hugs his mother, Gloria Pierce, after his release from prison in Lexington, Okla., on Monday.

# Man cleared of rape, freed after 15 years in prison

■ *Police chemist under investigation; analysis of evidence incorrect*

By AARON COOPER
THE ASSOCIATED PRESS

LEXINGTON, Okla. — Jeffrey Pierce paid a price for his principles.

Had he admitted to raping a woman in 1985, he could have left prison on parole. Had he just agreed to enter a sex-offender treatment program, he might have kept some personal privileges.

But Pierce would not, insisting for 15 years that he was not a rapist. "I stood my ground for all these years, and I wasn't about to bow down now," he said.

On Monday, Pierce, 39, walked out of prison after prosecutors confirmed that he had been wrongfully convicted of rape, based partly on testimony from a police chemist now under investigation for incorrectly identifying evidence.

Pierce bitterly blamed the Oklahoma County district attorney's office and the Oklahoma City Police Department, and accused them of sending other innocent people to prison. He said he planned to file a lawsuit.

"I hope you all won't forget about them, too, because there are more," he said. "I'm just the one that opened the door, and I feel there will be a lot more coming out behind me."

A jury found Pierce guilty in 1986 of sexually assaulting a woman, based on her identification of him and of testimony from Oklahoma City police chemist Joyce Gilchrist.

Problems with Gilchrist's work came to light after Pierce's case was re-examined under a program meant to put older cases through today's more sophisticated DNA tests.

During Pierce's trial, Gilchrist testified that hair left by the rapist was "microscopically consistent" with Pierce's hair. But Oklahoma County prosecutors received a report Monday from a California laboratory that showed a DNA test of sperm and hair from the scene of the rape were not from Pierce.

Gilchrist, now on paid leave, also testified in the cases of 12 inmates who are on death row in Oklahoma and 11 who have already been executed. Those cases are being re-examined, as are hundreds of others she worked on.

The chemist has said she will be exonerated. In a report to air tonight on CBS, Gilchrist told "60 Minutes II" that she is willing to have her forensic work reviewed.

Pierce was arrested 10 months after the attack when the victim picked him from a photo lineup as the rapist, although she initially told a police officer she didn't think Pierce was her attacker.