# DNA lab under fire in Texas

**■ 'COMEDY OF ERRORS':** Shoddy work wrongly convicted one man; other cases are under review.

**By ADAM LIPTAK**
The New York Times

When Josiah Sutton went on trial for rape in 1999, prosecutors in Houston had little to build a case on. The victim was the only eyewitness, and her recollection was faulty. But they did have the rapist's DNA, and technicians from the Houston police crime laboratory told the jury that it was a solid match.

That was enough for the jurors to convict Sutton and send him to prison for 25 years.

But new testing has conclusively demonstrated that the DNA was not Sutton's, the Houston Police Department said Monday.

The retesting is part of a review of the laboratory that began after a scathing state audit of its work led to a suspension of genetic testing in January. Sutton's apparent exoneration is the first to result from the review.

*Gilbert #7*

RECEIVED

OCT 1 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Tuesday March 11, 2003

# DNA: Similar trouble seen at other labs

Continued from A-1

Legal experts say the laboratory is the worst in the country, but troubles there are also seen in other crime laboratories. Standards are often lax or nonexistent, technicians are poorly trained and defense lawyers often have no money for their own experts.

Questions about the work of laboratories and their technicians in Oklahoma City, Montana, Washington state and elsewhere have led to similar reviews. But the stakes in Houston are much greater. More defendants from Harris County, of which Houston is a part, have been executed than from any other county in the country.

"This is an earthquake," Sutton's lawyer, Bob Wicoff, said. "The ramifications of this for other cases, for death penalty cases, is staggering. Thousands of cases were prosecuted on the basis of this lab's work."

The audit of the Houston laboratory, completed in December, found that technicians had misinterpreted data, were poorly trained and kept shoddy records. In most cases, they used up all available evidence, preventing defense experts from refuting or verifying their results. Even the laboratory's building was a mess, with a leaky roof having contaminated evidence.

The police and prosecutors had vowed to retest DNA evidence in every case where it was used to obtain a conviction. But they had remained confident that the laboratory's problems were primarily matters of documentation and testimony that was not conservative enough.

The Sutton case has changed that.

"It's a comedy of errors, except it's not funny," said state Rep. Kevin Bailey, chairman of a committee of the Texas Legislature investigating the Houston laboratory. "You don't need to be a scientist to know that you have to wear surgical gloves. You have to tag evidence. You need to not have a leaky roof contaminating evidence."

The Houston police have turned over 525 case files involving DNA testing to the Harris County district attorney's office, which has said that at least 25 cases warrant retesting, including those of seven people on death row. The numbers will grow significantly as more files are collected and analyzed, said Marie Munier, assistant district attorney.

In Sutton's case, there happened to be a small amount of evidence available for retesting.

Bailey said he was troubled that the retesting was being conducted under the supervision of Harris County prosecutors.

"I have lost confidence in the police department and the district attorney's office to handle this," Bailey said. "I'm really bothered by the fact that the review is being done by the same people who allowed the errors to go on and prosecuted these cases and so have a stake in the outcomes of the review."

Joseph Owmby, who prosecuted Sutton, said his office had not received a formal report from Identigene Inc. of Houston, the outside laboratory his office hired to perform the retesting.

"If he has been exonerated," Owmby said, "we also have an eyewitness identification, and we will have to work through that. If he was exonerated, it certainly doesn't make me feel any better."

Owmby said his confidence in the police laboratory's work has been shattered.

"We're not scientists," he said. "We were presenting evidence that was presented to us. There is a big problem. We are treating it as a big problem."

At a hearing on Thursday, Chief C.O. Bradford said his department had shut down its DNA laboratory and begun an internal affairs investigation of whether there was criminal or other wrongdoing. Bradford added that there should be a cease and desist on executions in the relevant cases until the retesting is complete.

William C. Thompson, a professor of criminology at the University of California Irvine, has studied the Houston laboratory's work.

"The likelihood that there are more innocent people convicted because of bad lab work is almost certain," Thompson said.