IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
NOV 14 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

| | |
|---|---|
| ,TOMMIE G. PATTERSON, ) | CASE NO; |
| PETITIONER ) | |
| ) | Appeals court no;8814 |
| vs ) | |
| ) | FEDERAL COURT 3;06-CV-167 |
| STATE OF ALASKA ) | |
| ) | |
| RESPONDANT. ) | |
| ) | |

NOTICE OF APPEAL

NOW COMES PETITIONER TOMMIE G. PATTERSON BY WAY OF MOTION ASKING THIS COURT TO REINSTATE CASE NO;306-CV-167 FOR THE FOLLOWING REASONS.

**1.** THERE WAS A CONFLICT OF INTEREST BETWEEN THIS JUDGE TIMOTHY M. BURGESS AND PETITIONER.

**2.** JUDGE TIMOTHY M. BURGESS WORKED IN THE ATTORNEY GENERALS WHERE PATTERSON CASE WAS BEING FILED, FROM 1989-2001.

[**Summary of pleading**] - 1

1
2       **3.**   YOU CAN NOT RULE ON A CASE OR CASES AS A
3  JUDGE THAT HE WORKED ON AS AN ATTORNEY.SEE CODE OF
4  JUDICIAL CONDUCT.
5
6   JUDGE TIMOTHY M. BURGESS ORDERS AND RULINGS ARE MOOT.
7  AND BLANTLY PREJUDICED AND BIAS.
8
9
10                      RESPECTFULLY SUBMITTED
11                      TOMMIE G. PATTERSON
12
13                      *[signature]*
14                      401 EAST 45TH.AVENUE #1
15                      ANCHORAGE,AK.99503
16                      1-907-245-3030
17                          10 November 2006
18
19
20
21
22
23
24
25

[**Summary** of **pleading**] - 2