IN THE UNITED STATES DISTRICT C0URT

FOR THE DISTRICT OF ALASKA

RECEIVED

NOV 1 4 2006

CLERK, U.S. ...... COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| ,TOMMIE G. PATTERSON, ) | CASE NO; |
| PETITIONER ) | |
| ) | Appeals court no;8814 |
| vs ) | |
| ) | FEDERAL COURT 3;06-CV-167 |
| STATE OF ALASKA ) | |
| ) | |
| RESPONDANT. ) | |
| ) | |

NOTICE OF APPEAL

NOW COMES PETITIONER TOMMIE G. PATTERSON BY WAY OF
MOTION ASKING THIS COURT TO REINSTATE CASE NO;306-CV-
167 FOR THE FOLLOWING REASONS.


**1.** THERE WAS A CONFLICT OF INTEREST BETWEEN THIS
JUDGE TIMOTHY M. BURGESS AND PETITIONER.


**2.** JUDGE TIMOTHY M. BURGESS WORKED IN THE
ATTORNEY GENERALS WHERE PATTERSON CASE WAS
BEING FILED,FROM 1989-2001.

[**Summary of pleading**] - 1

**3.** YOU CAN NOT RULE ON A CASE OR CASES AS A
JUDGE THAT HE WORKED ON AS AN ATTORNEY.SEE CODE OF
JUDICIAL CONDUCT.


 JUDGE TIMOTHY M. BURGESS ORDERS AND RULINGS ARE MOOT.
AND BLANTLY PREJUDICED AND BIAS.




                          RESPECTFULLY SUBMITTED

                          TOMMIE G. PATTERSON

                          401 EAST 45TH.AVENUE #1

                          ANCHORAGE,AK.99503

                          1-907-245-3030

                            10 November 2006