**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

|     TOMMIE G. PATTERSON     | v. |     STATE OF ALASKA     |

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                          CASE NO.  3:06-cv-00167-TMB

Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: November 21, 2006

    On October 11, 2006, this case was dismissed, with prejudice.[1] Mr. Patterson moved for reconsideration on October 17, 2006, and that motion was denied on October 26, 2006.[2]

    Mr. Patterson has now appealed the dismissal, and also seems to request reconsideration, claiming that the judge in this case worked in the Attorney General's office from 1989 - 2001, the office from which Mr. Patterson's state case was filed.[3]

    Although the judge in this case did not work in Alaska's Attorney General's office, regardless, this Court cannot address another motion for reconsideration at the same time Mr. Patterson has appealed the case to the Ninth Circuit.[4]

    Furthermore, because Mr. Patterson did not proceed without prepayment of fees before this Court,[5] he must either pay the appellate court's filing fee or move to proceed without prepayment of fees in this Court.[6]

    IT IS SO ORDERED.

---

    [1]  *See* Docket Nos. 8, 9.

    [2]  *See* Docket Nos. 10, 11.

    [3]  *See* Docket Nos. 12, 13.

    [4]  *United States v. Pirro*, 104 F.3d 297, 299 (9th Cir. 1997) (the "district court should not entertain a habeas corpus petition while there is an appeal pending in this court or in the Supreme Court."), quoting *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991), *cert. denied*, 503 U.S. 975 (1992), and *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir.1987).

    [5]  *See* Docket No. 1.

    [6]  *See* FED. R. APP. P. 24.

[~2732777.wpd]{IA.WPD*Rev.12/96}