UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
NOV 2 [ ] 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: Patterson v. State of Alaska
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: 3:06-cv-00167-TMB-JDR
Date Complaint/Indictment/Petition Filed: 7/11/2006
Date Appealed Order/Judgment *entered*: 10/11/2006
Date NOA *filed*: 11/14/2006
COA Status (check one):
__granted in full (attach order)    X denied in full (send record)
__granted in part (send record)    __pending

06-36004

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  N         Date Docket Fee billed: _
Date FP granted: _____         Date FP denied: _
Is FP pending?  No  yes/no        Was FP Limited/Revoked?
US Government Appeal?   No  yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                       Appellee Counsel:
Tommie G. Patterson, Pro Se
401 East 45th Avenue, #1
Anchorage, AK 99503

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _____ Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: _

Name and phone number of person completing this form:  Elisa Singleton
                                                        907-677-6105