IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
DEC 0 7 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

| | |
|---|---|
| TOMMIE G. PATTERSON | ) CASE NO.: |
| PETITIONER, | ) TRIAL COURT 3AN-01-07101 CI |
| VS. | ) APPEALS COURT A-08814 |
| STATE OF ALASKA, | ) SUPREME COURT S-12274 |
| RESPONDANT | ) DISTRICT COURT 3;06-CV-00167 (TMB) |

**MOTION FOR APPEAL**

COMES NOW TOMMIE G. PATTERSON BY WAY OF MOTION ASKING THIS COURT TO GRANT HIS MOTION TO APPEAL THE DISISON OF THE DISTRICT COURT OF ALASKA, FOR THE FOLLOWING REASONS.

**POINTS; 1--15**

1. THE TRIAL COURT RULED THAT THE STATE ARE NOT LIABLE TO PRESERVE BIOLOGICAL EVEDENCE IN A UNCLASSFIED FELONY.

[SUMMARY OF PLEADING] -

2. THE APPEALS COURT AFFRIMED THE TRIAL COURTS DISISON.
3. THE DISTRICT COURT DISMISSED THE PETITION WITH PREJUDICE, WITHOUT APPOINTING COUNSEL TO PETITIONER.
4. JUDGE TIMOTHY M. BURGESS SHOULD HAVE EXCUSED HIS SELF, BECAUSE FO A CONFLICT OF INTEREST.
5. SEARCH AND SESIURE WASN'T ADDRESSED.
6. PREJUDUCED JUROR DEIDRA SANDS SAID SHE COULDN'T BE FAIR TO NO MAN WAS ALLOWED TO STAY ON, WASN'T ADDRESSED.
7. THE DISTRICT ATTORNEY POINTED OUT THE DEFENDANT TO THE SO CALLED VICTIM ,WASN'T ADDRESSED.
8. NO MEDICAL EVIDENCE WASN'T ADDRESSED. THAT IS DNA TODAY.FBI AGENT BOB BEAN TESTIFIED THERE WASN'T ANY EVIDENCE FROM THE BEGINNING.
9. INEFFECTIVE ASSISTANCE OF COUNSEL WASN'T ADDRESSED, HE WAS GIVEN ONLY TWO WORKING DAYS TO PREPARE FOR TRIAL.
10. NOT RECEIVING A FAIR TRIAL WASN'T ADDRESSED.
11. DENIED THE RIGHT TO QUESTION THE CREDABILTY OF THE SO CALLED VICTIM,WASN'T ADDRESSED.
12. DENIED THE RIGHT TO HAVE WITNESSES TESTIFY ON PETITIONERS BEHALF.
13. BEING REFERRED TO AS A NIGGEROID DURING TRIAL.

[SUMMARY OF 2 PLEADING] -

```
1   14.  FALSAFIED STATEMENT AND RECORDS.
2   15. THE STATE SAID THEY LOST THE TRANSCRIPT.
3       THE STATE SAID THAT THE PETITIONER LOST THE
4       TRANSCRIPT.
5       THE STATE SAID THEY LOST THE EVIDENCE .
6       THE STATE SAID THEY DESTROYED THE EVIDENCE.
7       THE STATE SAID THEY DID NOT HAVE TO KEEP ANY
8       EVIDENCE AFTER PETITIONER WAS CONVICTED.
9
10                      RESPECTFULLY SUBMITTED
11                      TOMMIE G. PATTERSON
12
13                      [signature]
14                      401 EAST 45TH. AVENUE #1
15                      ANCHORAGE, ALASKA 99503
16                      NOVEMBER 22, 2006
```

[SUMMARY OF 3 PLEADING] -