**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOMMIE G. PATTERSON, | No. 06-36004 |
| Petitioner - Appellant, | D.C. No. CV-06-00167-TMB<br>District of Alaska,<br>Anchorage |
| v. | |
| STATE OF ALASKA, | ORDER |
| Respondent - Appellee. | |

RECEIVED
MAR 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before:   KOZINSKI and McKEOWN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 15 2007

RESEARCH